

**Exhibit A**



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>BRIAN H MAY | Case Number: 18SL-CC01687 |
|---|---|
| Plaintiff/Petitioner:<br>JAMES N. MILLS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>EUGENE JOSEPH BROCKLAND JR<br>14TH FLOOR<br>100 N. BROADWAY<br>ST. LOUIS, MO 63102 |
| Defendant/Respondent:<br>AMPHENOL CORPORATION | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
(Except Attachment Action)

The State of Missouri to: AMPHENOL CORPORATION
Alias:
R/A: THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

03-MAY-2018          _____
Date                              Clerk
Further Information:
**ST. LOUIS COUNTY**          jj

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Subscribed and Sworn** To me before this ____ (day) ____ (month) ____ (year)
I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

**Service Fees, if applicable**
Summons      $_____
Non Est      $_____
Mileage      $_____ ( _____ miles @ $ _____ per mile)
Total        $_____

See the following page for directions to clerk and to officer making return on service of summons.